IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL D. KROLL, ) | |
| ) | |
| Plaintiff, ) | No. C04-4065-MWB |
| ) | |
| vs. ) | |
| ) | JUDGMENT |
| JO ANNE B. BARNHART, ) | IN A CIVIL CASE |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to Sentence Four of 42 U.S.C. § 405(g), this case is REVERSED and REMANDED to the Commissioner for further development of the record.

Dated: May 19, 2005        PRIDGEN J. WATKINS
                                     Clerk

                                     s/ des
                                     (By) Deputy Clerk

65 / 53